IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ERIC D. BLACKMON,          ) | |
|     Plaintiff,          ) | |
|                           ) | |
| v.                         ) | CIVIL ACTION: 15-00223-KD-C |
|                           ) | |
| HUNTINGTON INGALLS,        ) | |
|     Defendant.         ) | |

**ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated August 24, 2015, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Defendant's motion to dismiss or in the alternative to transfer venue (Doc. 6) is **GRANTED in part** and **DENIED in part** as follows: **DENIED** as to the motion to dismiss; and **GRANTED** as to the motion to transfer venue such that this case is hereby **TRANSFERRED** in its entirety to the United States District Court for the Southern District of Mississippi pursuant to the provisions of 28 U.S.C. § 1406.

The Clerk is **DIRECTED** to **TRANSFER** this action to the United States District Court for the Southern District of Mississippi, Southern Division.

**DONE and ORDERED** this the **16th** day of **September 2015.**

                                              /s/ Kristi K. DuBose
                                              **KRISTI K. DuBOSE**
                                              **UNITED STATES DISTRICT JUDGE**